IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HICKENBOTTOM, As Personal Representative of the Estate of Michael Ellerbe, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) | Civil Action No. 03-223 |
| SAMUEL NASSAN, JUAN CURRY, In Their Individual and Official Capacities, JOHN DOE, RICHARD ROE, (Unidentified in Name and Number), In their Individual and Official Capacities, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 15th day of July, 2005, IT IS ORDERED that:

1. Expert Report(s) by Plaintiff shall be due on or before **August 15, 2005.** Expert Report(s) by Defendants shall be due on or before **September 15, 2005.** All supplements to any Expert Report shall be due on or before **September 29, 2005.** Depositions of any expert of an opposing party shall be concluded on or before **October 31, 2005.** The parties shall file motions to challenge the qualifications of any proposed expert witness and/or the substance of such expert's testimony on or before **November 14, 2005.** Responses to the motions to challenge the qualifications and/or substance of any proposed expert shall be filed on or before **November 22, 2005.**

2. Status Conference / Presumptive Hearing Date on challenges of the qualifications of any expert or substance of the experts testimony is scheduled at **10:30 a.m. January 5, 2006**, Courtroom 5A, Fifth Floor, United States Courthouse, Pittsburgh, Pennsylvania 15219.

3. On or before **November 4, 2005**, the parties shall select an alternative dispute resolution process, either mediation or arbitration, and a conference call shall be held on **November 7, 2005, at 4:30 p.m.** for the parties to advise the court concerning the process selected. The parties are expected to have selected the dates and times for the ADR and to have persons with authority to settle present at the ADR.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: Joel S. Sansone
Kelly Scanlon Graham
Scanlon & Sansone
428 Forbes Avenue
2300 Lawyers Building
Pittsburgh, PA 15219

Geoffrey N. Fieger
Fieger, Fieger, Kenney &
Johnson
19390 West 10 Mile Road
Southfield, MI 48075

Rodney M. Torbic
Kemal Alexander Mericli
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219